…
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| ECONO LUBE N' TUNE, LLC, a Delaware limited liability company; and MEINEKE CAR CARE CENTERS, LLC, a Delaware limited liability company, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| QUALITY CARE SERVICE, INC., a California corporation; CARL A. CHENAULT, an individial; and DOES 1 through 10, inclusive, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawrence J. Hilton
O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| ECONO LUBE N' TUNE, LLC, a Delaware limited liability company; and MEINEKE CAR CARE CENTERS, LLC, a Delaware limited liability company, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| QUALITY CARE SERVICE, INC., a California corporation; CARL A. CHENAULT, an individial; and DOES 1 through 10, inclusive, | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lawrence J. Hilton
                                                         O'Neil LLP
                                                        19900 MacArthur Blvd., Suite 1050
                                                       Irvine, CA 92612


      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                               *CLERK OF COURT*


Date: _____                                   _____
                                                                                        *Signature of Clerk or Deputy Clerk*